IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02395-AP

ALEX ARGUELLO,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:                                    For Defendant:

Michael W.Seckar                          TROY A. EID
402 W. 12th Street                          United States Attorney
Pueblo, CO 81003                          KEVIN TRASKOS
719-543-8636                                  Deputy Chief, Civil Division
seckarlaw@mindspring.com       United States Attorney's Office
                                                        District of Colorado
                                                        Kevin.Traskos@usdoj.gov

                                                        Debra J. Meachum
                                                        Special Assistant United States Attorney
                                                        1961 Stout Street, Suite 1001A
                                                        Denver, Colorado 80294
                                                        (303) 844-1570
                                                        (303) 844-0770 (facsimile)
                                                        debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** November 15, 2007
    **B. Date Complaint Was Served on U.S. Attorney's Office:** December 28, 2007
    **C. Date Answer and Administrative Record Were Filed:** February 14, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

    **A. Plaintiffs Opening Brief Due:** April 7, 2008
    **B. Defendant's Response Brief Due:** May 7, 2008
    **C. Plaintiffs Reply Brief (If Any) Due:** May 22, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiffs Statement:** Plaintiff does not request oral argument.
    **B. Defendant's Statement:** Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5th day of March, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                                    For Defendant:

For Plaintiff:                                               TROY A. EID
                                                             United States Attorney
s/ William E. Benjamin 3/5/08
Michael W.Seckar                                             KEVIN TRASKOS
402 W. 12th Street                                           Deputy Chief, Civil Division
Pueblo, CO 81003                                             United States Attorney's Office
719-543-8636                                                 District of Colorado
seckarlaw@mindspring.com                                     Kevin.Traskos@usdoj.gov

                                                             s/ Debra J. Meachum 3/5/08
                                                             Debra J. Meachum
                                                             Special Assistant U.S. Attorney
                                                             1961 Stout Street, Suite 1001A
                                                             Denver, Colorado 80294
                                                             (303) 844-1570
                                                             Debra.meachum@ssa.gov