IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02395-REB

ALEX ARGUELLO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Award of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412** [#18] filed March 2, 2009. After reviewing the motion and the file, I have concluded that the motion should be granted and that attorney fees should be awarded to the plaintiff.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Award of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412** [#18] filed March 2, 2009, is **GRANTED**;

2. That defendant shall pay the amount of $5,350.00 to plaintiff for attorney fees pursuant to the EAJA;

3. That payment of the stipulated $5,350.00 shall constitute a complete release from and bar to any claims plaintiff may have relating to EAJA costs and fees in this action; and

4. That this award is without prejudice to the right of plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated March 2, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge